UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| Joseph (Joey) Luzier, III, <br><br> Plaintiff, <br><br> v. <br><br> Sergeant Cleveland Wheeler, *et al.*, <br><br> Defendants. | Case No. 6:24-cv-00916-PGB-RMN |

## NOTICE OF LEAD COUNSEL DESIGNATION

Pursuant to Local Rule 2.02(a), Plaintiff Joseph (Joey) Luzier, III gives notice that she will be represented by James M. Slater of Slater Legal PLLC as lead counsel.

Dated: May 16, 2024

                                            Respectfully submitted,

                                            */s/ James M. Slater*
                                            James M. Slater (FBN 111779)
                                            Slater Legal PLLC
                                            2296 Henderson Mill Rd #116
                                            Atlanta, Georgia 30345
                                            james@slater.legal
                                            Tel. (305) 523-9023

                                            *Lead Counsel for Plaintiff*