UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Joseph (Joey) Luzier, III,

    Plaintiff,

v.

Sergeant Cleveland Wheeler, *et al.*,

    Defendants.

Case No. 6:24-cv-00916-PGB-RMN

## **LOCAL RULE 3.03 DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to Local Rule 3.03:

1.    Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

**RESPONSE:**

- Joseph (Joey) Luzier, III, Plaintiff;

- Slater Legal PLLC, Attorneys for Plaintiff;

    o    James M. Slater, Attorney for Plaintiff;

- Sergeant Cleveland Wheeler, Defendant;

- Sergeant FNU Lane, Defendant;

- Officer Ryan Hines, Defendant; and

- Officer FNU Ocasio, Defendant.

2. Each entity with publicly traded shares or debt potentially affected by the outcome:

**RESPONSE:** None.

3. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

**RESPONSE:** None.

4. Each person arguably eligible for restitution:

**RESPONSE:** Plaintiff seeks damages, costs, and attorney's fees.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: May 16, 2024

/s/ *James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd #116
Atlanta, Georgia 30345
Tel. (305) 523-9023
james@slater.legal

*Attorneys for Plaintiff*