UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Joseph (Joey) Luzier E24178,

    Plaintiff,

v.                                                                  Case No. 6:24-CV-916-PGB-RMN

Sergeant Cleveland Wheeler, et al.,

    Defendants.
_____/

**NOTICE OF APPEARANCE OF COUNSEL AND E-MAIL DESIGNATION**

To:   The clerk of court and all parties of record I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Defendants Sergeant Cleveland Wheeler and Officer Ryan Hines.

Respectfully Submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

/s/ Jessica Schwieterman
Jessica Schwieterman
Senior Assistant Attorney General
Florida Bar No. 116460
Office of the Attorney General
3507 E. Frontage Road, Suite 150
Tampa, FL 33607
T - (813) 233-2880; F - (813) 281-1859
Jessica.Schwieterman@myfloridalegal.com
Victoria.Lingua@myfloridalegal.com
Tahyolis.Valero@myfloridalegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10th, 2024, I electronically caused the foregoing document to be filed with the Clerk of Court by using the CM/ECF system which will serve a copy of the foregoing document to be served to those parties capable of receiving notice of electronic service.

/s/ Jessica Schwieterman
Jessica Schwieterman
Senior Assistant Attorney General