**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOSEPH (JOEY) LUZIER, III,

    Plaintiff,

v.   Case No. 6:24-CV-916

SERGEANT CLEVELAND WHEELER;
SERGEANT FNU LANE; OFFICER RYAN
HINES; and OFFICER FNU OCASIO,

    Defendant.
_____/

**DEFENDANT SERGEANT CLEVELAND WHEELER AND OFFICER RYAN HINES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

**COMES NOW**, Defendants SERGEANT CLEVELAND WHEELER and OFFICER RYAN HINES, by and through his undersigned counsel, hereby respectfully moves this Honorable Court for an extension of time up to and including July 11, 2024 (30 days), to respond to Plaintiff's Complaint. ECF No. 1.  In support thereof, Defendants SERGEANT CLEVELAND WHEELER and OFFICER RYAN HINES state as follows:

    1.    On or about May 16, 2024, Plaintiff JOSEPH (JOEY) LUZIER, III (hereinafter "Plaintiff"), filed his Complaint for Violation of Civil Rights under 42 U.S.C. § 1983 and § 1988, alleging a violation of his Eighth Amendment rights naming SERGEANT CLEVELAND WHEELER and OFFICER RYAN HINES as Defendants.

2. On May 22, 2024, Defendant SERGEANT CLEVELAND WHELLER was served with a summons and a copy of the Complaint.

3. On May 21, 2024, Defendant OFFICER RYAN HINES was served with a summons and copy of the Complaint.

4. Due to the nature of Plaintiff's claims, as well as the materials that must be researched and reviewed in order to prepare a proper response, Defendants need an extension of time.

5. Defendants respectfully seek an extension of time for 30 days, through July 11, 2024. This brief extension of time will give the undersigned counsel sufficient opportunity to review the Complaint, request and review all necessary materials relating to the underlying case and Plaintiff's allegations, and speak with any pertinent witnesses.

6. This Motion is made in good faith and not made for the purpose of delay. This is the Defendants first request for an extension of time and Plaintiff will not be prejudiced by the granting of this request. Furthermore, Plaintiff's counsel consents to the brief extension of 30 days.

7. This is the first such request for an extension of time by SERGEANT CLEVELAND WHEELER and OFFICER RYAN HINES and is sought in good faith and not made for the purpose of delay of any other improper purpose.

## MEMORANDUM OF LAW

Rule 6(b) of the Federal Rules of Civil Procedure provides the mechanism for enlarging the time within which an act is required to be completed. If a motion for

extension of time is filed before a deadline expires, the court may grant it for good cause. *See Heller Bros. Packing Corp. v. Illinois Union Ins. Co.*, No. 6:18-CV-1668-ORL-78DCI, 2020 WL 6270890, at *1 (M.D. Fla. Sept. 8, 2020)(citing Fed. R. Civ. P. 6(b)(1)(A)).

Based on the foregoing, undersigned counsel has demonstrated good cause for the relief requested in this Motion. Additional time is needed in order to gather and review all materials and prepare the response on behalf of the defendants. Plaintiff will not be prejudiced by the granting of this request for a brief extension, and counsel will have sufficient time to complete her review of all necessary materials relating to Plaintiff's allegations and speak with any pertinent witnesses.

**WHEREFORE**, Defendants respectfully move this Honorable Court for an extension of time, up to and including July 11, 2024, in which to complete and file the response to Plaintiff's Complaint.

Respectfully Submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

<u>/s/ Jessica Schwieterman</u>
Jessica Schwieterman
Senior Assistant Attorney General
Florida Bar No. 116460
Office of the Attorney General
3507 E. Frontage Road, Suite 150
Tampa, FL 33607
T - (813) 233-2880; F - (813) 281-1859
Jessica.Schwieterman@myfloridalegal.com
Victoria.Lingua@myfloridalegal.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g), the undersigned counsel conferred with Plaintiff's counsel on this motion via a phone call on June 10, 2024, Plaintiff's counsel agrees with the relief requested in this motion.

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June, 2024, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF.

/s/ Jessica Schwieterman
Jessica Schwieterman
Senior Assistant Attorney General
