UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSEPH J. LUZIER, III,

    Plaintiff,

v.                                 Case No.  6:24-cv-916-PGB-RMN

CLEVELAND WHEELER, FNU
LANE, RYAN HINES and FNU
OCASIO,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Defendants Sergeant Cleveland Wheeler and Officer Ryan Hines' Unopposed Motion for Extension of Time to File a Response to the Complaint ("Motion for Extension of Time," Doc. 8). For good cause shown, Defendants' Motion for Extension of Time (Doc. 8) is **GRANTED**. Defendants Wheeler and Hines shall have through July 11, 2024, to file a responsive pleading to the Complaint.

**DONE** and **ORDERED** in Orlando, Florida on June 13, 2024.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies furnished to:

Counsel of Record