UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSEPH (JOEY) LUZIER, III,

    Plaintiff,

v.                                                                       Case No. 6:24-CV-916

SERGEANT CLEVELAND WHEELER;
SERGEANT FNU[1] LANE; OFFICER RYAN
HINES; and OFFICER FNU OCASIO,

    Defendant.
_____/

**NOTICE OF APPEARANCE OF COUNSEL AND E-MAIL DESIGNATION**

    To:    The clerk of court and all parties of record I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Defendant Sergeant Paul Lane.

                                      Respectfully Submitted,

                                      **ASHLEY MOODY**
                                      **ATTORNEY GENERAL**

                                      /s/ Jessica Schwieterman
                                      Jessica Schwieterman
                                      Senior Assistant Attorney General
                                      Florida Bar No. 116460
                                      Office of the Attorney General
                                      3507 E. Frontage Road, Suite 150
                                      Tampa, FL 33607
                                      T - (813) 233-2880; F - (813) 281-1859
                                      Jessica.Schwieterman@myfloridalegal.com
                                      Victoria.Lingua@myfloridalegal.com

---

[1] The correct name for this Defendant is Sergeant Paul Lane.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 27th, 2024, I electronically caused the foregoing document to be filed with the Clerk of Court by using the CM/ECF system which will serve a copy of the foregoing document to be served to those parties capable of receiving notice of electronic service.

/s/ Jessica Schwieterman
Jessica Schwieterman
Senior Assistant Attorney General
