## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JOSEPH (JOEY) LUZIER, III,

    Plaintiff,

v.                                                            Case No. 6:24-CV-916

SERGEANT CLEVELAND WHEELER;
SERGEANT PAUL LANE; OFFICER RYAN
HINES; and OFFICER LUIS D. OCASIO,

    Defendant.

_____/

### DEFENDANT SERGEANT PAUL LANE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

**COMES NOW**, Defendant SERGEANT PAUL LANE, by and through their undersigned counsel, hereby respectfully moves this Honorable Court for an extension of time up to and including July 11, 2024 (30 days), to respond to Plaintiff's Complaint. ECF No. 1. In support thereof, Defendant SERGEANT PAUL LANE state as follows:

    1.    On or about May 16, 2024, Plaintiff JOSEPH (JOEY) LUZIER, III (hereinafter "Plaintiff"), filed his Complaint for Violation of Civil Rights under 42 U.S.C. § 1983 and § 1988, alleging a violation of his Eighth Amendment rights naming SERGEANT PAUL LANE as a Defendant.

    2.    On June 7, 2024, Defendant SERGEANT PAUL LANE was served with a summons and a copy of the Complaint.

3. Due to the nature of Plaintiff's claims, as well as the materials that must be researched and reviewed in order to prepare a proper response, the Defendant needs an extension of time.

4. Defendant respectfully seeks an extension of time for 13 days, through July 11, 2024. This brief extension of time will give the undersigned counsel sufficient opportunity to review the Complaint, request and review all necessary materials relating to the underlying case and Plaintiff's allegations, and speak with any pertinent witnesses.

5. Defendant respectfully seeks an extension of time through July 11, 2024. This extension of time will allow one global response to promote judicial economy and prevent multiple, duplicative filing for responses for each defendant.

6. This Motion is made in good faith and not made for the purpose of delay. This is the Defendant's first request for an extension of time and Plaintiff will not be prejudiced by the granting of this request. Furthermore, Plaintiff's counsel consents to the brief extension of 13 days.

7. This is the first such request for an extension of time by SERGEANT PAUL LANE and is sought in good faith and not made for the purpose of delay of any other improper purpose.

## MEMORANDUM OF LAW

Rule 6(b) of the Federal Rules of Civil Procedure provides the mechanism for enlarging the time within which an act is required to be completed. If a motion for extension of time is filed before a deadline expires, the court may grant it for good

cause. *See Heller Bros. Packing Corp. v. Illinois Union Ins. Co.*, No. 6:18-CV-1668-ORL-78DCI, 2020 WL 6270890, at *1 (M.D. Fla. Sept. 8, 2020)(citing Fed. R. Civ. P. 6(b)(1)(A)).

Based on the foregoing, undersigned counsel has demonstrated good cause for the relief requested in this Motion. Additional time is needed in order to gather and review all materials and prepare the response on behalf of the defendants. Plaintiff will not be prejudiced by the granting of this request for a brief extension, and counsel will have sufficient time to complete her review of all necessary materials relating to Plaintiff's allegations and speak with any pertinent witnesses.

**WHEREFORE**, Defendant respectfully moves this Honorable Court for an extension of time, up to and including July 11, 2024, in which to complete and file the response to Plaintiff's Complaint.

Respectfully Submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

/s/ Jessica Schwieterman
Jessica Schwieterman
Senior Assistant Attorney General
Florida Bar No. 116460
Office of the Attorney General
3507 E. Frontage Road, Suite 150
Tampa, FL 33607
T - (813) 233-2880; F - (813) 281-1859
Jessica.Schwieterman@myfloridalegal.com
Victoria.Lingua@myfloridalegal.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g), the undersigned counsel conferred with Plaintiff's counsel on this motion via a phone call on June 26, 2024, Plaintiff's counsel agrees with the relief requested in this motion.

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2024, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF.

/s/ Jessica Schwieterman
Jessica Schwieterman
Senior Assistant Attorney General