. UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSEPH J. LUZIER, III,

    Plaintiff,

v.                                   Case No.  6:24-cv-916-PGB-RMN

CLEVELAND WHEELER, FNU
LANE, RYAN HINES, and FNU
OCASIO,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Defendant Sergeant Paul Lane's Unopposed Motion for Extension of Time to Respond to the Complaint ("Motion for Extension," Doc. 11). For good cause shown, Defendant's Motion for Extension (Doc. 11) is **GRANTED**. Defendant Lane shall have through July 11, 2024, to file a responsive pleading to the Complaint.

**DONE** and **ORDERED** in Orlando, Florida on June 28, 2024.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies furnished to:

Counsel of Record