UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSEPH (JOEY) LUZIER, III,

    Plaintiff,

v.                                                          Case No. 6:24-CV-916

SERGEANT CLEVELAND WHEELER;
SERGEANT PAUL LANE; OFFICER RYAN
HINES; and OFFICER FNU[1] OCASIO,

    Defendant.
_____/

**NOTICE OF APPEARANCE OF COUNSEL AND E-MAIL DESIGNATION**

    To:    The clerk of court and all parties of record I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Defendant OFFICER LUIS D. OCASIO.

                                          Respectfully Submitted,

                                          **ASHLEY MOODY**
                                          **ATTORNEY GENERAL**

                                          /s/ Jessica Schwieterman
                                          Jessica Schwieterman
                                          Senior Assistant Attorney General
                                          Florida Bar No. 116460
                                          Office of the Attorney General
                                          3507 E. Frontage Road, Suite 150
                                          Tampa, FL 33607
                                          T - (813) 233-2880; F - (813) 281-1859
                                          Jessica.Schwieterman@myfloridalegal.com
                                          Victoria.Lingua@myfloridalegal.com

---

[1] The correct name for this Defendant is Officer Luis D. Ocasio.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 3rd, 2024, I electronically caused the foregoing document to be filed with the Clerk of Court by using the CM/ECF system which will serve a copy of the foregoing document to be served to those parties capable of receiving notice of electronic service.

/s/ Jessica Schwieterman
Jessica Schwieterman
Senior Assistant Attorney General