UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSEPH J. LUZIER, III,

    Plaintiff,

v.                                   Case No.  6:24-cv-916-PGB-RMN

CLEVELAND WHEELER, FNU LANE, RYAN HINES, and FNU OCASIO,

    Defendants.
_____/

**ORDER**

THIS CAUSE is before the Court on Defendant Sergeant Paul Lane's Unopposed Motion to Quash Service of Process (Doc. 18). To support the motion, Defendant asserts that on June 7, 2024, service was effectuated on him at Tomoka Correctional Institution ("Tomoka") at which time he was the only "Sergeant Lane" employed at the facility. (*Id.* at 1-2.) Sergeant Paul Lane, however, is not one of the named Defendants in this action, and Plaintiff has since effectuated service on the correct "Sergeant D. Lane". (*Id.* at 2.)

Rule 4(e) requires service of process to be accomplished either as permitted by state law or by personally delivering the summons and complaint to the party, leaving them at the party's dwelling or usual place of abode, or by delivering them

to an agent authorized to receive service of process. Fed. R. Civ. P. 4(e)(1)-(2)(A)-(C). Plaintiff bears the burden of demonstrating that service of process was proper. *Lazaro v. U.S. Dep't of Agr.*, 186 F. Supp. 2d 1203, 1217 (M.D. Fla. 2001). "Without proper service of process, a district court lacks both personal jurisdiction over a defendant and power to render a judgment." *Yaniga v. Fla. Dep't of Transp.*, No. 8:11-CV-1371-T-23TBM, 2011 WL 6338910, at *1 (M.D. Fla. Dec. 19, 2011) (citing *Hemispherx Biopharma, Inc. v. Johannesburg Consolidated Investments*, 553 F.3d 1351, 1360 (11th Cir. 2008)).

Here, Plaintiff agrees that service of process was effectuated on the wrong party, Sergeant Paul Lane, rather than the proper party, Defendant Sergeant D. Lane, who later was served. Consequently, service of process was improper as to Sergeant Paul Lane, and the Court lacks personal jurisdiction over Sergeant Paul Lane. Accordingly, Defendant's Motion to Quash Service of Process as to Defendant Sergeant Paul Lane (Doc. 18) is **GRANTED**, and this action is dismissed as to Sergeant Paul Lane.

**DONE** and **ORDERED** in Orlando, Florida on July 12, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record