UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSEPH J. LUZIER, III ,

        **Plaintiff,**

v.                                                            Case No: 6:24-cv-916-PGB-RMN

CLEVELAND WHEELER, FNU LANE, RYAN HINES and FNU OCASIO,

        **Defendants.**
_____/

## ORDER

This cause is before the Court on the Case Management Report filed by the parties (Doc. 13). The report indicates that the parties have not yet agreed on a mediator. Therefore, the parties are directed to confer and advise the Court on the selection of a mediator and the mediation date within fourteen (14) days from the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida, on 16th day of July 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record