UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSEPH (JOEY) LUZIER, III,

    Plaintiff,

v.                                                                      Case No. 6:24-CV-916

SERGEANT CLEVELAND WHEELER;
SERGEANT LANE; OFFICER RYAN
HINES; and OFFICER LUIS D. OCASIO,

    Defendant.

_____/

**NOTICE OF APPEARANCE OF COUNSEL AND E-MAIL DESIGNATION**

    To:    The clerk of court and all parties of record I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Defendant SERGEANT DOMONIC T. LANE.

                Respectfully Submitted,

                **ASHLEY MOODY**
                **ATTORNEY GENERAL**

                /s/ Jessica Schwieterman
                Jessica Schwieterman
                Senior Assistant Attorney General
                Florida Bar No. 116460
                Office of the Attorney General
                3507 E. Frontage Road, Suite 200
                Tampa, FL 33607
                T - (813) 233-2880; F - (813) 281-1859
                Jessica.Schwieterman@myfloridalegal.com
                Victoria.Lingua@myfloridalegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 18th, 2024, I electronically caused the foregoing document to be filed with the Clerk of Court by using the CM/ECF system which will serve a copy of the foregoing document to be served to those parties capable of receiving notice of electronic service.

/s/ Jessica Schwieterman
Jessica Schwieterman
Senior Assistant Attorney General