UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Joseph (Joey) Luzier, III,

    Plaintiff,

v.

Sergeant Cleveland Wheeler, *et al.*,

    Defendants.

Case No. 6:24-cv-00916-PGB-RMN

### PLAINTIFF'S NOTICE OF MEDIATION

Pursuant to the Court's Order (Doc. 23), Plaintiff Joseph (Joey) Luzier, III provides notice that the parties have conferred and agreed on a mediator and date of mediation. The mediation in this case has been scheduled for **Friday, September 12, 2025, beginning at 10:00 a.m. eastern time** to be performed by videoconference. The mediator on this case is Thomas H. Bateman, III, of Messer Caparello, P.A., 2618 Centennial Place, P.O. Box 15579, Tallahassee, Florida 32308, Tel. (850) 201-5221.

Dated: July 30, 2024

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, GA 30345
Tel.  (305) 523-9023
james@slater.legal

*Attorneys for Plaintiff*