UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSEPH J. LUZIER, III,

    Plaintiff,

v.                                          Case No.  6:24-cv-916-PGB-RMN

CLEVELAND WHEELER, FNU LANE, RYAN HINES, and FNU OCASIO,

    Defendants.
_____/

**ORDER**

THIS CAUSE is before the Court on *sua sponte* review of the docket. On July 11, 2024, Defendants Ryan Hines and FNU Ocasio filed a Motion to Dismiss the Complaint ("Motion to Dismiss," Doc. 19). Thereafter, Plaintiff filed an Amended Complaint, which Defendants Hines and Ocasio have moved to dismiss. (Doc. Nos. 25, 27). Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. Defendants Hines and Ocasio's first Motion to Dismiss (Doc. 19) is **DENIED** as moot.

**DONE** and **ORDERED** in Orlando, Florida on August 20, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record