Re: Luzier v. Wheeler, et. al.
6:24-cv-00916-PGB-RMN

PROVIDED TO
HAMILTON CI
SEP 30 2024
RECEIVED BY _____
FOR MAILING   9/30/24

Dear Clerk of Court,

    I am writing to advise I am still represented by attorney James M. Slater of Slater Legal, PLLC, but I did not know if I was still responsible for advising the Court of any change of addresses, so I am doing so to be on the safe side.

    Effective October 3rd, 2024, my new mailing address will be:

        Joseph J. "Joey" Luzier III - ID #4038002
        Brevard County Jail Complex
        860 Camp Rd.
        Cocoa, FL 32927

    Please be advised I will be speaking to Mr. Slater upon my arrival to Brevard County to find out if I need to send future notices of my change of address.

    In conclusion, I have also sent a notice to Ms. Schwieterman regarding my change of address.

    Thank you for your time in this matter.

                      Respectfully,

                      Joseph J. "Joey" Luzier III
                      DC #E24178

Joseph J. "Joey" Luzier III - DC#E24178
HAMILTON C. I. MAIN UNIT
10650 SW 46TH STREET
JASPER, FL 32052

Luzier v. Wheeler, et.al.
6:24-CV-00916-PGB-RMN

United States District Court
401 W. Central Blvd., Ste. 1200
Orlando, FL 32801-0120

LEGAL MAIL

JACKSONVILLE FL 320
MAILED FROM A
30 SEP 2024 PM 1 L
CORRECTIONAL INSTITUTION



US POSTAGE PITNEY BOWES
ZIP 32083 $ 000.69
02 4W
0000379961 SEP 30 2024

32801-012000

