UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSEPH J. LUZIER, III,

    Plaintiff,

v.                                          Case No. 6:24-cv-916-PGB-RMN

CLEVELAND WHEELER, FNU LANE, RYAN HINES, and FNU OCASIO,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Notice of Resolution (Doc. 39). Plaintiff indicates that she has resolved her claims against all Defendants with each side to bear their own fees and costs. The parties request sixty days to finalize the settlement and file the appropriate documents and request the Court to stay the action and any deadlines pending the filing of their joint stipulation of dismissal. Because Plaintiff's claims against Defendants have been resolved, any pending motions are moot.

Accordingly, in accordance with Local Rule 3.09(b), it is **ORDERED** and **ADJUDGED** as follows:

    1. This case is **DISMISSED WITH PREJUDICE**, subject to the right of

any party, within **SIXTY (60) DAYS** from the date of this Order, to move the Court to reopen the case for entry of a stipulated final order or judgment or for further proceedings.

2. The Joint Motion for Protective Order Regarding Information Subject to Prison Rape Elimination Act (Doc. 38) is **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida on November 26, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record