# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JOSEPH (JOEY) LUZIER, III,

    Plaintiff,

v.                                                 Case No. 6:24-CV-916-PGB-RMN

SERGEANT CLEVELAND WHEELER;
SERGEANT FNU LANE; OFFICER RYAN
HINES; and OFFICER FNU OCASIO,

    Defendant.
_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**COME NOW**, Plaintiff, Joseph Luzier (DC#E24178), by and through undersigned counsel, and Defendants, Sgt. Wheeler, Sgt. Lane, Officer Hines, Officer Ocasio, by and through undersigned counsel, hereby stipulate for entry of an order to dismiss the above captioned matter with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), with each party to bear their own fees and costs. The issues between the above-mentioned parties are now resolved by agreed upon settlement.

*[Signature Blocks to Follow]*

Dated: January 6, 2025

                                        Respectfully submitted,

                                        **ASHLEY MOODY**
                                        **ATTORNEY GENERAL**

/s/ James M. Slater  
James M. Slater  
Slater Legal PLLC  
2296 Henderson Mill Rd NE #116  
Atlanta, GA 30345  
Tel. (305) 523-9023  
james@slater.legal  

*Counsel for Plaintiff*

/s/ Jessica Schwieterman (*with permission*)  
Jessica Schwieterman  
Senior Assistant Attorney General  
Florida Bar No. 116460  
Office of the Attorney General  
Concourse Center IV  
3507 E. Frontage Road, Suite 200  
Tampa, Florida 33607  
Tel: (813) 233-2880 | Fax: (813) 281-1859  
Jessica.Schwieterman@myfloridalegal.com  

*Counsel for Defendants*